UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher Lencowski, | Court File No. 20-cv-2701 (DSD/DTS) |
| Plaintiff, | |
| vs. | **ORDER** |
| Wal-Mart Associates, Inc., | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal, electronically filed in this matter on April 8, 2021, (Doc. No. 7), and good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice and on the merits, and without costs awarded to either party.

Dated: April 8, 2021

s/David S. Doty
David S. Doty, Judge
United States District Court